UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:18-cr-00300 |
| | * | |
| VS. | * | 20 U.S.C. § 1097(a) |
| | * | |
| | * | JUDGE HICKS |
| DEUNDRE FLEEKS | * | MAGISTRATE JUDGE HORNSBY |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
Financial Aid Fraud
[20 U.S.C. § 1097(a)]

Between on or August 8, 2014 and continuing until on or about September 6, 2016, in the Western District of Louisiana, and elsewhere, the defendant, DEUNDRE FLEEKS, did knowingly and willfully misapply, steal and obtain by fraud and false statement, federal student financial aid funds in excess of $200, which funds were provided and insured under Subchapter IV of Chapter 28 of Title 20 of Part C of Subchapter 1 of Chapter 34 of Title 42, United States Code; namely subsidized and unsubsidized Federal Direct Stafford Loans in the total amount of approximately $23,994 and Federal Pell Grants in the total amount of approximately $12,964, in the name of financial aid applicant, J.M., all in violation of Title 20, United States Code, Section 1097(a). [20 U.S.C. § 1097(a)].

David C. Joseph
United States Attorney

By: _____
Seth D. Reeg (LA Bar #34184)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600